William C. Rooklidge (State Bar No. 134483)
wrooklidge@jonesday.com
Martha K. Gooding (State Bar No. 101638)
mgooding@jonesday.com
Frank P. Coté (State Bar No. 204529)
fcote@jonesday.com
Michelle Stover (State Bar No. 272817)
mstover@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612.4408
Telephone: (949) 851.3939
Facsimile: (949) 553.7539

Attorneys for Defendant
APPLE INC.

IT IS SO ORDERED
Judge Edward J. Davila
9/5/2012

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| NOISE FREE WIRELESS, INC., A Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC. and AUDIENCE, INC.,<br><br>Defendants. | Case No. 5:12-cv-03483 EJD<br><br>STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT<br><br>*PENDING REASSIGNMENT* |

Pursuant to Local Rule 6-1(a), Plaintiff Noise Free Wireless, Inc. ("Plaintiff") and Defendants Apple Inc. and Audience, Inc. (collectively, "Defendants") hereby stipulate and agree as follows:

1. Pursuant to the parties' July 27, 2012 and July 31, 2012 Stipulations (Dkt. Nos. 9 and 11), Defendants' current deadline to answer or otherwise respond to the Complaint in this action is August 31, 2012;

2. Defendants have requested, and Plaintiff has agreed to, a further brief extension of time to respond to the Complaint;

3. Defendants' deadline to answer or otherwise respond to the Complaint shall be extended to and including September 14, 2012;

4. This Stipulation shall not constitute a waiver or forfeiture of any defense or allegation by any party, and all parties reserve all rights with respect to the above-captioned matter.

5. The stipulated extension will not alter the date of any event or any deadline already fixed by Court order.

Dated: August 31, 2012         Respectfully submitted,

                               JONES DAY


                               By: */s/ Martha K. Gooding*
                                   Martha K. Gooding

                               Counsel for Defendant
                               APPLE INC.


Dated: August 31, 2012         WILSON SONSINI GOODRICH & ROSATI


                               By: */s/ Ryan R. Smith*
                                   Ryan R. Smith

                               Counsel for Defendant
                               AUDIENCE, INC.

IRI-42362v1

- 1 -

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT CV12-03483 EJD

Dated: August 31, 2012                     WOOLF GAFNI AND FOWLER LLP


                                           By: */s/ Mateo Zavaletta Fowler*
                                               Mateo Zavaletta Fowler

                                           Counsel for Plaintiff
                                           NOISE FREE WIRELESS, INC.

### SIGNATURE ATTESTATION

Pursuant to General Order No. 45, section X(B), and Local Rule 5.1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Mateo Z. Fowler, counsel for Plaintiff, and Ryan Smith, counsel for Defendant Audience.

Dated: August 31, 2012

                                           By: */s/ Martha K. Gooding*
                                               Martha K. Gooding

**CERTIFICATE OF SERVICE**

I, Maria Castellanos, declare:

I am a citizen of the United States and employed in Orange County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 3161 Michelson Drive, Suite 800, Irvine, California 92612.4408. On August 31, 2012, I served a copy of the:

**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT**

by electronic transmission.

I am familiar with the United States District Court, Northern District Of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the following CM/ECF users were served:

| | |
|---|---|
| Mateo Zavaletta Fowler<br>Woolf Gafni and Fowler LLP<br>2411 Whitney Street<br>Ste. 100<br>Houston, TX 77006 | *Attorneys for Plaintiff: Noise Free Wireless, Inc.*<br><br>Telephone: (281) 546-5172<br>mateo.fowler@wgfllp.com |
| Stefani Elise Shanberg<br>Charles Tait Graves<br>Wilson Sonsini Goodrich & Rosati P.C.<br>650 Page Mill Road<br>Palo Alto, CA 94304 | *Attorneys for Defendant: Audience, Inc.*<br><br>Telephone: (650) 493-9300<br>Facsimile: (650) 565-5100<br>sshanberg@wsgr.com<br>tgraves@wsgr.com |
| Ryan R. Smith<br>Wilson Sonsini Goodrich & Rosati<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050 | Telephone: (650) 493-9300<br>Facsimile: (650) 565-5100<br>Email: rsmith@wsgr.com |

Executed on August 31, 2012, at Irvine, California.

*/s/ Maria Castellanos*
Maria Castellanos