1  Mateo Z. Fowler, SBN 241295
2  **WOOLF, GAFNI & FOWLER, LLP**
   2411 Whitney Street, Suite 100
3  Houston, Texas 77006
   Tel: (281) 546-5172; Fax: (310) 919-3037
4

5  10850 Wilshire Blvd, Suite 510
   Los Angeles, CA 90024
6  Tel: (310) 867-2729; Fax: (310) 919-3037
7  mateo.fowler@wgfllp.com

8

9  Attorney for Plaintiff
10 **NOISE FREE WIRELESS, INC.**

11          UNITED STATES DISTRICT COURT FOR THE
                NORTHERN DISTRICT OF CALIFORNIA
12                      SAN JOSE DIVISION
13

14

| NOISE FREE WIRELESS, INC., A Delaware Corporation, | Case No. 5:12-cv-03483-EJD |
|---|---|
| Plaintiff | STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF LAWSUIT WITHOUT PREJUDICE |
| vs. | |
| APPLE, INC. and AUDIENCE, INC., | Judge: Hon. Edward J. Davila |
| Defendants | |

---

1

**STIPULATION RE DISMISSAL OF LAWSUIT WITHOUT PREJUDICE**

**IT IS HEREBY STIPULATED** by and and between: Plaintiff Noise Free Wireless, Inc., A Delaware Corporation ("Noise Free" or "Plaintiff") and Defendants Apple Inc. ("Apple") and Audience, Inc. ("Audience") as follows:

**WHEREAS**, Noise Free filed its Complaint in this action against Apple and Audience on July 3, 2012 alleging, inter alia, patent infringement under 35 U.S.C. §271, violation of the California Uniform Trade Secrets Act under California Civil Code §3426.1, declaratory judgment of inventorship and/or patent ownership, and unfair competition under California Business and Professions Code Section § 17200 et seq.;

**WHEREAS**, Apple was served with the Complaint on or about July 9, 2012;

**WHEREAS**, Audience was served with the Complaint on or about July 12, 2012;

**WHEREAS**, Defendants Apple and Audience requested and Noise Free agreed to extend the deadline for Apple and Audience to answer or otherwise respond to Noise Free's Complaint until August 31, 2012;

**WHEREAS**, on August 31, 2012, Defendants Apple and Audience requested and Noise Free agreed to extend the deadline to answer or otherwise respond to Noise Free's Complaint until September 14, 2012;

**WHEREAS**, on September 13, 2012, Noise Free provided Apple and Audience with notice that Noise Free intended to dismiss its Complaint without prejudice and requested that the parties agree that each side will bear their own fees and costs.

**NOW, THEREFORE,** Plaintiff Noise Free and Defendants Apple and Audience HEREBY STIPULATE AND AGREE as follows:

1.  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Noise Free Wireless, Inc. and Defendants Apple Inc. ("Apple") and Audience, Inc. ("Audience"), hereby stipulate to dismiss this action, and all claims asserted therein, as to Apple and Audience **without** prejudice.

2.  Defendants Apple and Audience further stipulate that they will not seek an award against Noise Free of the costs and attorneys' fees they have incurred to date in

connection with this lawsuit, and all parties stipulate that Plaintiff Noise Free shall bear its own costs and fees incurred in connection with this lawsuit.

3. Plaintiff and Defendants Apple and Audience further stipulate that if Noise Free files a subsequent lawsuit based upon any claim asserted, or similar to any claim asserted, in the Complaint and/or any claim arising out of or relating to the factual allegations in the Complaint, then Noise Free will file such lawsuit in the United States District Court for the Northern District of California.

4. The Stipulation does not constitute a waiver or forfeiture of any defense or allegation by Plaintiff Noise Free Wireless, Inc.

5. The Stipulation does not constitute a waiver or foreiture of any defense or allegation by Defendant Apple Inc.

6. The Stipulation does not constitute a waiver or foreiture of any defense or allegation by Defendant Audience, Inc.

Dated: September 14, 2012    Woolf Gafni & Fowler LLP

By: /s/ Mateo Z. Fowler
MATEO Z. FOWLER
Counsel for Plaintiff
**NOISE FREE WIRELESS, INC.**

Dated: September 14, 2012    Apple Inc.

By: /s/ Martha K. Gooding
MARTHA K. GOODING
Counsel for Defendant
**APPLE INC.**

---

3
**STIPULATION RE DISMISSAL OF LAWSUIT WITHOUT PREJUDICE**

Dated: September 14, 2012     Audience, Inc.

By: /s/ Ryan Smith
   RYAN SMITH
   Counsel for Defendant
   **AUDIENCE, INC.**

**IT IS SO ORDERED.**

The Clerk shall close this file.

**Date:** September 18, 2012     _____
   **United States District Judge**

I Mateo Z. Fowler, attest that concurrence in the filing of this document has been obtained from each of the signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 14th day of September at Houston, Texas.

### CERTIFICATE OF SERVICE

I hereby certify that on the 14th of September, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the counsel of record.

By: /s/ *Mateo Z. Fowler*
   MATEO Z. FOWLER
   Attorney for Plaintiff
   **NOISE FREE WIRELESS, INC.**